UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Caraway Leblanc LLC, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:22-CV-01305-ADA |
| | § | |
| Inmedex LLC and Lolly J. Leger, | § | |
|    *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 21. Judge Hightower issued her report and recommendation on August 4, 2025. *Id.* at 3. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because no party has filed timely objections, the Court has reviewed Judge Hightower's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge (Dkt. 21) is **ADOPTED**. Plaintiff's Motion for

1

Default Judgment (Dkt. 13) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is **AWARDED** (1) $104,259.65 in damages; (2) post-judgment interest at the applicable rate calculated pursuant to 28 U.S.C. § 1961; and (3) $8,438 in attorneys' fees. Plaintiff's request for costs is **DENIED**.

**SIGNED** on August 26, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE